```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

IGNATIUS UMEADI OKONKWO,        :    CIV. NO. 3:02CV1733 (AWT)
Petitioner,                     :
                                :
v.                              :
                                :
JOHN ASHCROFT, Attorney         :
General of the United States,   :
Respondent.                     :    DECEMBER 11, 2003
```

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an enlargement of time up to and including January 30, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that this office received a copy of petitioner's supplemental petition on November 26, 2003. The undersigned requires the additional time to review updated information contained in petitioner's Alien File, to contact INS officials in Louisiana where petitioner is being held, as well as Department of Justice officials regarding petitioner's most recent pleading, and to research and prepare an appropriate response for the Court's consideration.

The additional time would also allow counsel for respondent to verify the disposition and status of petitioner's administrative proceedings and to report that information to the Court. On December 11, 2003, the undersigned spoke with

representatives of the Federal Detention Center in Oakdale, Louisiana who will be assembling petitioner's administrative file to be forwarded to this office for review.

This is the first motion for enlargement of time filed by respondent with regard to petitioner's supplemental petition. The pro se petitioner's position on this motion is unknown.

Respondent notes that petitioner's deportation has been stayed by this Court as of September 29, 2003, and therefore, petitioner's removal is not imminent at this time.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              WILLIAM M. BROWN, JR.
                              ASSISTANT UNITED STATES ATTORNEY
                              157 CHURCH STREET
                              NEW HAVEN, CONNECTICUT 06510
                              (203) 821-3700
                              FEDERAL BAR NO. ct20813

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Ignatius Umeadi Okonkwo
#16057-265
Federal Detention Center
Oakdale, LA 71463-5010

Dated at New Haven, Connecticut this 12th day of December, 2003.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY