UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IGNATIUS UMEADI OKONKWO,<br>Petitioner, | : | CIV. NO. 3:02CV1733 (AWT) |
| v. | : | |
| JOHN ASHCROFT, Attorney<br>General of the United States,<br>Respondent. | : | DECEMBER 11, 2003 |

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Extension GRANTED, to and including January 30, 2004. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/18/03

Respondent hereby moves for an enlargement of time up to and including January 30, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that this office received a copy of petitioner's supplemental petition on November 26, 2003. The undersigned requires the additional time to review updated information contained in petitioner's Alien File, to contact INS officials in Louisiana where petitioner is being held, as well as Department of Justice officials regarding petitioner's most recent pleading, and to research and prepare an appropriate response for the Court's consideration.

The additional time would also allow counsel for respondent to verify the disposition and status of petitioner's administrative proceedings and to report that information to the Court. On December 11, 2003, the undersigned spoke with