UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IGNATIUS UMEADI OKONKWO, | : | CIV. NO. 3:02CV1733 (AWT) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, Attorney | : | |
| General of the United States, | : | |
| Respondent. | : | JANUARY 29, 2004 |

### RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of sixty (60) days, up to and including March 31, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that this office received a copy of petitioner's supplemental petition on November 26, 2003. The undersigned requires the additional time to review updated information contained in petitioner's Alien File, to continue communications with officials in Louisiana where petitioner is being held, as well as Department of Justice officials regarding petitioner's most recent pleading, and to research and prepare an appropriate response for the Court's consideration.

The additional time would also allow counsel to further monitor the disposition and status of petitioner's administrative proceedings and to report that information to the Court.

In that regard, on this date, the undersigned spoke with the Department of Homeland Security trial attorney who is assigned to represent the Department in petitioner's ongoing administrative removal proceedings pending before Immigration Judge Charles A. Weigand, III, in Louisiana. As the Court is aware, petitioner remains in custody pending removal at the Federal Detention Center in Oakdale, LA. The undersigned was informed that petitioner has also filed an application for legalization or adjustment of status pursuant to 8 U.S.C. 1225, Immigration and Nationality Act section 245, that is now being adjudicated by the Department's Missouri Service Center. Accordingly, Judge Weigand has continued the pending removal proceedings before him until this application is adjudicated. If petitioner's application is ultimately approved, petitioner's status could be changed to that of a lawful permanent resident which could thereby result in the termination of the ongoing removal proceedings before Judge Weigand. In addition, if the application is approved, these habeas proceedings before this Court could well be rendered moot. Judge Weigand has scheduled a status conference for March 11, 2004, at 1:00p.m..

Accordingly, contrary to petitioner's assertions to this court, he has not exhausted his administrative remedies. In fact, petitioner's underlying removal proceedings and his adjustment of status application remain pending. As such, an

enlargement of time is requested to allow time for completion of the underlying removal proceedings if the Court is not inclined to dismiss the matter at this time, without prejudice, for a lack of subject matter jurisdiction for failure to exhaust administrative remedies.

This is the second motion for enlargement of time filed by respondent with regard to petitioner's supplemental petition. The pro se petitioner's position on this motion is unknown.

Respondent notes that petitioner's deportation has been stayed by this Court as of September 29, 2003, and therefore, petitioner's removal is not imminent at this time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Ignatius Umeadi Okonkwo
#16057-265
Federal Detention Center
Oakdale, LA 71463-5010

Dated at New Haven, Connecticut this 29th day of January, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY