UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

IGNATIUS UMEADI OKONKWO,  :   CIV. NO. 3:02CV1733(AWT)
Petitioner,               :
                          :
v.                        :
                          :
JOHN ASHCROFT, Attorney   :
General of the United States, :
Respondent.               :   JANUARY 29, 2004

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of sixty (60) days, up to and including March 31, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that this office received a copy of petitioner's supplemental petition on November 26, 2003. The undersigned requires the additional time to review updated information contained in petitioner's Alien File, to continue communications with officials in Louisiana where petitioner is being held, as well as Department of Justice officials regarding petitioner's most recent pleading, and to research and prepare an appropriate response for the Court's consideration.

The additional time would also allow counsel to further monitor the disposition and status of petitioner's administrative proceedings and to report that information to the Court.

Extension GRANTED, nunc pro tunc, to and including March 31, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/5/04