UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IGNATIUS UMEADI OKONKWO,<br>Petitioner, | : | CIV. NO. 3:02CV1733 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, Attorney<br>General of the United States,<br>Respondent. | :<br>:<br>: | MARCH 25, 2004 |

## RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of sixty (60) days, up to and including June 1, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that the additional time would allow counsel to further monitor the disposition and status of petitioner's ongoing administrative removal proceedings in Louisiana and to report that information to the Court.

In that regard, on March 24, 2004, the undersigned spoke with the Department of Homeland Security trial attorney who is assigned to represent the Department in petitioner's ongoing administrative removal proceedings pending before Immigration Judge Charles A. Weigand, III, in Louisiana.  As the Court is aware, petitioner remains in custody pending removal at the Federal Detention Center in Oakdale, LA.

As previously reported to the Court, petitioner's application for legalization or adjustment of status pursuant to 8 U.S.C. 1225, Immigration and Nationality Act section 245, is being adjudicated by the Department's Missouri Service Center and remains pending at this time. Accordingly, during a hearing on March 23, 2004, Judge Weigand further continued the pending removal proceedings before him until this application is adjudicated. Judge Weigand scheduled the next hearing for April 30, 2004.

If petitioner's application is ultimately approved, petitioner's status could be changed to that of a lawful permanent resident which could thereby result in the termination of the ongoing removal proceedings before Judge Weigand. In addition, if the application is approved, the habeas proceedings before this Court could well be rendered moot.

Accordingly, an additional enlargement of time is requested to allow time for completion of the underlying removal proceedings. This is the third motion for enlargement of time filed by respondent with regard to petitioner's supplemental petition. The pro se petitioner's position on this motion is unknown.

Respondent notes that petitioner's deportation has been stayed by this Court as of September 29, 2003, and therefore, petitioner's removal is not imminent at this time.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ WMB*

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Ignatius Umeadi Okonkwo
#16057-265
Federal Detention Center
Oakdale, LA 71463-5010

Dated at New Haven, Connecticut this 25th day of March, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY