UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IGNATIUS UMEADI OKONKWO, Petitioner, | : | CIV. NO. 3:02CV1733 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, Attorney General of the United States, Respondent. | : : : | MARCH 25, 2004 |

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of sixty (60) days, up to and including June 1, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that the additional time would allow counsel to further monitor the disposition and status of petitioner's ongoing administrative removal proceedings in Louisiana and to report that information to the Court.

In that regard, on March 24, 2004, the undersigned spoke with the Department of Homeland Security trial attorney who is assigned to represent the Department in petitioner's ongoing administrative removal proceedings pending before Immigration Judge Charles A. Weigand, III, in Louisiana. As the Court is aware, petitioner remains in custody pending removal at the Federal Detention Center in Oakdale, LA.

Extension GRANTED, to and including June 1, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   03/30/04