E X H I B I T  "4"

U.S. Department of Justice
Immigration and Naturalization Service

**Application for Status as a Temporary Resident**
(Under Section 245A of the Immigration and Nationality Act)    OMB #11

Please begin with item #1, after carefully reading the instructions.    The block below is for *Government Use Only*.

| Name and Location (City or Town) of Qualified Designated Entity | Fee Stamp |
|---|---|
| | |

Fee Receipt No. (This application)

Principal Applicant's File No.

A -

| Qualified Designated Entity I.D. No. | File No. (This applicant) |
|---|---|
| | A - |

Applicant: Do not write above this line. See instructions before filling in application. If you need more space to answer fully any question on this form, use separate sheet and identify each answer with the number of the corresponding question. *Fill in with typewriter or print in block letters in i*

1. I hereby apply for status as indicated by the block checked below (check block A or B).

☒ A   Temporary Residence as an alien who illegally entered the U.S. prior to January 1, 1982.

☐ B   Temporary Residence as an alien who entered the U.S. as a nonimmigrant prior to January 1, 1982 and whose authorized stay expired before such date or whose unlawful status was known to the Government as of January 1, 1982.

| 2. Family Name (Last Name in CAPITAL Letters)   (First Name)   (Middle Name) | 3. Date of Birth (Month/Day/Year) |
|---|---|
| OKONKWO          IGNATIUS       UMEADIS | 6/25/60 |

| 4. Other Names Used or Known by (Including maiden name, if married) | 5. Telephone Numbers (Include Area Codes) |
|---|---|
| Musa  Mohammed, Nwankeoma Okonkwo | Home:<br>Work: |

| 6. Home Address in the U.S. (No. and Street)   (Apt. No.)   (City)   (State)   (ZIP Code) |
|---|
| 803 Center Street,          Manchester,   Connecticut    06040 |

| 7. Mailing Address in the U.S. (if different from #6.)   (Apt. No.)   (City)   (State)   (ZIP Code) |
|---|
| 121 Smith Drive          East Hartford, Connecticut    06118 |

| 8. Last Address outside the U.S. (City or Town)   (County, Province or State)   (Country) |
|---|
| 1. 62 Robinson Street    Uwani, Enugu        Nigeria<br>2. P.O BOX 319                          Ghana<br>   Accra |

| 9. Sex ☒ Male ☐ Female | 10. Race ☐ Asian or Pacific Islander  ☐ Hispanic | ☒ Black, not of Hispanic origin  ☐ White, not of Hispanic origin | ☐ Other (specify below) |
|---|---|---|---|

| 11. Marital Status   ☐ Never Married   ☐ Now Married   ☒ Separated | ☐ Divorced   ☐ Widowed | 12. Country of Citizenship Dual Citizen Nigeria/Ghana |
|---|---|---|

| 13. Place of Birth (City or Town)   (County, Province or State)   (Country) |
|---|
| Guasu          Zamfarawa          Nigeria |

| 14. Have you previously applied for temporary residence as a legalization applicant?<br>☐ No  ☒ Yes (If "Yes" give date, place of filing, and final disposition, if known)<br>yes, under CSS VS. RENO, Class members, Connecticut.<br>granted and was Renewed until 8/06/01. | 15. Do you have any other record with I&NS?<br>☐ No  ☒ Yes (If "Yes" give number(s))<br>A - 93-028-854 obtained<br>Other as a CSS Member. |
|---|---|

| 16. When did you last come to the U.S.? (Month/Day/Year)<br>November 21st, 1995. | 17. Manner of Entry (Visitor, Student, Crewman, etc.)<br>☐ With visa (visitor, student, etc.) specify<br>☒ Without visa Advance Parole/CSS Member. |
|---|---|

| 18. Place of Last Entry<br>☒ U.S. Port of entry (City and State) New York, N.Y.<br>☐ Border - Not through port (State) | 19. List all Social Security Numbers used.<br>(1) 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    (3)<br>(2) 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    (4) |
|---|---|

| 20. Mother's Name (Maiden) (First) ☒ Living  ☐ Deceased (year)<br>Okonkwo, Abigail<br>(Rabbi Mohammed) | 21. Father's Name (Last) (First) ☐ Living  ☒ Deceased (year)<br>Okonkwo, Augustine<br>(Musa Mohammed) |
|---|---|

FORM FOR DETERMINATION OF CLASS MEMBERSHIP IN **CSS V. MEISE**

Applicant:  If you need more space to fully answer any question on this form, use a separate sheet and identify each answer with the number of the corresponding question.

I hereby provide the following sworn declaration as to why I departed the United States after May 1, 1987, without prior INS authorization (advance parole), and subsequently reentered.

1.  Name (LAST, First, Middle Initial)  2.  Date of Birth
OKONKWO   IGNATIUS   UMEADIS   6/25/60

3.  Other names used  MUSA MOHAMMED, NWANKEOMA OKONKWO

4.  Have you ever applied for legalization?
    (If "Yes", give date, place of filing, file number, and final disposition, if known) Yes, under CSS V. RENO with alien no:
A93-028-854, This application was pending until 4/1/97 when IIRIRA eliminated judicial review of claim under CSS. CSS members not entitle of benefit.

5.  Do you have any records with INS?  (If "Yes", give A number, or other file number/record information)
A93-028-854 Obtained as a CSS Class Member.

6.  When did you first enter the United States? 6/25/60
    manner of entry, (non-immigrant visa, entered without inspection, etc.) Without inspection.

7.  Have you continuously resided in the United States in an unlawful status since prior to January 1, 1982? yes

8.  When did you last depart the United States after May 1, 1987?
8/05/95, through New York, with Balkan Airline.

9.  For EACH trip abroad, list the following:
(a)  Date of departure from U.S. 8/05/95
(b)  Countries visited Nigeria, Ghana
(c)  Mode of departure (bus, train, airplane, etc.) Airplane
(d)  Purpose of departure Brief Casual, and Innocent visit.

(e)  Date of Re-entry into the U.S. To Stay
(f)  Mode of re-entry (bus, train, airplane, etc.) Airplane
(g)  Manner of re-entry (non-immigrant visa, entered without inspection, etc.) Advance Parole as a CSS Class Member.
(h)  Purpose of reentry to the U.S. To Stay.

10.  Why did you not file an application for legalization on or before May 4, 1988? Because I was told by Q.D.E that I was not eligible because I left the country without informing INS.

11.  I did not apply for legalization on or before May 4, 1988, because the following individual(s) informed me that I was not

NOV 17 1988

**34.** To assist in establishing the required residence, please list all affiliations or associations with clubs, organizations, churches, unions, businesses, e

| Name of Organization | Location | From (Month/Year) | To (Month/Year) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**35.** Absences from the United States since entry. (List most recent absence first and list absences back to January 1, 1982).

| Country | Purpose of Trip | From (Month/Year) | To (Month/Year) |
|---|---|---|---|
| Canada   man,toba | Brief, Casual, and Innocent visit | 6/11/87 | 6/26/87 |
| Nigeria | Brief, Casual, and Innocent visit | 12/24/88 | 6/28/89 |
| Ghana, Nigeria | Brief, Casual, and Innocent visit | 8/05/95 | 11/29/96 |
| | | | |

**36.** Employment in the United States since first entry. (List present or most recent first and list back to date of entry; if none since entry, write "None").

| Full Name and Address of Employer (with ZIP Code) (or Self employed and business address) | Your Occupation | Annual Wages | Wages per Hour | From (Month/Year) | To (Month/Year) |
|---|---|---|---|---|---|
| Hospital for Special Care | Nurse | $24,960 | $12.00 | 3/97 | 12/99 |
| Hebrew Home/Hospital | Nurse | $23,649.60 | $11.37 | 2/93 | 3/97 |
| Red Lobster Restaurant | Food Serv. | $18,250 | $8.75 | 6/84 | 2/93 |
| Sharpio Superior Metal and Paper Company | Warehouse Packer | $14,040 $11,440 | $6.75 $5.50 | 6/81 8/81 | 7/83 7/83 |

**37.** ☐ I have registered under the Military Selective Service Act. My Selective Service No. is _____
   ☐ I am a male over the age of 17 and under the age of 26 required to register under the Military Selective Service Act and have not done so. I wish to register at this time. SSS Form 1 is attached.
   ☐ I am a male born after 1959 and over the age of 26 and cannot now register.
   ☐ I am exempt from Selective Service Registration either because I am a female or I was born before 1960.

**38.** I ☐ have   I ☒ have not assisted in the persecution of any person or persons on account of race, religion, nationality, membership in a particular social group or political opinion.

**39.** I ☐ have   I ☒ have not been treated for a mental disorder, drug addiction or alcoholism.

**40.** I ☐ have   I ☒ have not been arrested, convicted or confined in a prison.

**41.** I ☐ have   I ☒ have not been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action.

**42.** I ☐ have   I ☒ have not received public assistance from any source, including, but not limited to, the United States Government, any state, county, city or municipality. (If you have, explain; including the name(s) and Social Security number(s) used.)

Form I-687 (04/01/87)   Page 3

E X H I B I T   "5"

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME   OKONKWO, IGNATIUS U



INS A#  U2.  792-202

CARD #  SRC0119951416

Birth      Category       Sex
DOB                         M
Entry of Birth

Terms And Conditions

fingerprint
not
available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM  07/10/01  EXPIRES  07/10/02

Use this section to speed your application for an extension or replacement card (see below).
Do Not Bend or Fold This Cut-off Section.

A# 026-792-202

OKONKWO, IGNATIUS U
121 SMITH DR
EAST HARTFORD, CT 06118

FORM I-797D (REV. 3-1-00)

83826701199514816

(Do Not Bend or Fold This Cut-off Section.)

P.O. Box 851488
Mesquite, TX 75185-1488

Texas Service Center

Phone Number (214) 381-1423

**YOUR APPLICATION HAS BEEN APPROVED.**
Here is your new card. The expiration date is shown
on the front.

**PLEASE CHECK YOUR CARD TO VERIFY
THAT THE INFORMATION ABOUT YOU IS
CORRECT.** If you find an error on it please call us.

**PLEASE PROTECT YOUR CARD.**

**PLEASE READ THE BACK OF THIS NOTICE.**
It has important information. We also recommend that
you keep this notice for your records.

If you ever have questions about immigration benefits
and procedures, or wish to have an application mailed
to you, please call our National Customer Service
Center at 1-800-375-5283 or check our website at
http://www.ins.usdoj.gov.



**U.S. Department of Justice**
Immigration and Naturalization Service

E X H I B I T  "6"

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** SRC-01-199-50666 | **CASE TYPE** I687 APPLICATION FOR STATUS AS A TEMPORARY RESIDENT |
| **RECEIVED DATE** June 13, 2001 | **PRIORITY DATE** |
| **NOTICE DATE** June 15, 2001 | **PAGE** 1 of 1 |

**APPLICANT** A26 792 202
OKONKWO, IGNATIUS U.

IGNATIUS U. OKONKWO
803 CENTER ST
MANCHESTER CT 06040

**Notice Type:  Receipt Notice**

**Amount received: $ 185.00**

The above application or petition has been received. It usually takes 120 to 180 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (214) 381-1423 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (214) 381-1423**



IGNATIUS U. OKONKWO
803 CENTER ST
MANCHESTER CT 06040-

**U.S. Department of Justice**
Immigration and Naturalization Service

Texas Service Center

80/12

P.O. Box 850997
Mesquite, Texas 75185-0997

*DATE:* 6/15/01



06/15/2001   SRC-01-199-50666   SRCKJW01
Receipt Number

06/15/2001   SRC-01-199-50666   SRCKJW01

# SRC-01-199-50666
# I-687

Dear Applicant or Representative:

This letter acknowledges receipt of your $25.00 finger print fee.  You will be notified in writing
of the date, time, and location to report and have your fingerprints completed.

Sincerely,

James J. Burzynski
Director

jjb/mcm

Letter # 23-1

E X H I B I T   "7"

FROM: IGNATIUS OKONKWO
121 Smith Drive
East Hartford, CT. 06118


September 3, 2002.


Office of the Clerk,
IMMIGRATION AND NATURALIZATION SERVICE
Texas Service Center
P.O. Box 851488-1488
Mesquite, TX. 75105-1488

Dear Sir

                    TO WHOM IT MAY CONCERN

     Please bear with me, I am writing to request the status of my
Application for Adjustment of Status as a Temporary Resident, which
I filed with your Office since June 15, 2001.

     Nonetheless, my Application was first filed on Vermont Service
Center, on March 31, 2001. Vermont Service Center approved it, by
acknowledging the fact, <u>our review indicates you have established
your claim</u>, mail this notice along with the following required
documents to the address shown below.

     Which I did, and Employment Authorization along with Form I-797D
(Rev. 3-1-00) was sent to me, stating your Application has been
approved.

     Notwithstanding, like you stated on my Receipt, that it usually
takes 120 to 180 days from the date of this Receipt for us to process
this type of case. However, is now more that the said days, that is
the reason why I am writing to know the status of my Petition as said
in the Receipt. Also see the attached documents in this case, if it
will be of any help or verification.

                                   Thanks
                                   Sincerely,


ENCLS.                             IGNATIUS OKONKWO

From: Ignatius U. Okonkwo
121 Smith Drive
East Hartford, Connecticut 06118

Time: 6:08pm central
Day: Thursday
Date: 13th
Month: February
Year: 2003

To: Mr. James J. Burzynski
Director
Immigration and Naturalization Service
Texas Service Center
P.O. Box 851488 - Dept A
Mesquite, Texas 75185-1488

Dear Mr. Burzynski,

Please bear with me, I am writing to request the current status of my application for adjustment of status as a temporary resident, which I filed with your office since June 15, 2001.

I am a member of C.S.S. class of alien who's status had been protected by the federal courts. See <u>Reno v. Catholic Social</u>, 113 S.Ct. 2485.  It was upon this basis that I received my work authorization.

Nonetheless my application was first filed at Vermont Service Center on March 31, 2001.  The Vermont Service Center approved it, by acknowledging the fact <u>"Our review</u>

indicates you have established your claims.  "Mail this notice along with the following required documents to the address show below."

Which I did as instructed and employment authorization along with form I-797 (rev. 3-1-00) was sent to me, indicating that "your application has been approved". (See attached exhibits).

Notwithstanding, as you have stated on my receipt of acknowledgement, "that it usually takes 120 to 180 days from the date of this receipt for us to process this type of case".  However, it has exceeded the said days mentioned for this particular process.  This is the reason why I am writing this letter to find out what is my current status of my petition as said in the receipt.  I Thank You for your time and consideration regarding this matter and anticipate a response at your earliest convenience. Thank You!

Sincerely Yours,

Ignatius U. Okonkwo

2

# FEDERAL DETENTION CENTER
## OAKDALE, LOUISIANA

From: Ignatius Okonkwo
Reg. No.: 16057-265
Unit: VP-A
Federal Detention Center
P.O. Box 5010
Oakdale, Louisiana 71463


To: Mr. James J. Burzynski                    Time: 2:50PM Central
Director                                      Day: Monday
Immigration and Naturalization Service        Date: 14th
Texas Service Center                          Month: April
P.O. Box 851488 - Dept. A                     Year: 2003
Mesquite, Texas 75185-1488

Dear Mr. Burzynski,

        Tops of the day to you, how is your health and work.
I am writing for the third time to inquire about the status
of my application for adjustment of status as a temporary
resident, which I filed with your office on June 15, 2001.

        Nevertheless, your honorable office issued me
employment authorization on July 10, 2001, and stated on
my receipt that it usually takes 120 to 180 days to process
adjustment.

        Furthermore, it has been more than two years since
I filed this petition and that is more reason I am writing
to know the status of my petition as said on my receipt.

        Thanks again for your time and consideration
regarding this matter and I will be very grateful if you

-1-

will respond to my request soonest.

Sincerely,

Ignatius Okonkwo

E X H I B I T  "8"

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>SRC-01-199-50666 | CASE TYPE  I687<br>APPLICATION FOR STATUS AS A TEMPORARY RESIDENT |
| RECEIPT DATE<br>June 15, 2001 | PRIORITY DATE | APPLICANT  A26 792 202<br>OKONKWO, IGNATIUS U. |
| NOTICE DATE<br>July 10, 2003 | PAGE<br>1 of 1 | |

IGNATIUS U. OKONKWO
803 CENTER ST
MANCHESTER CT 06040

Notice Type:  Transfer Notice

This is to advise you that in order to speed processing we have transferred the above case to the following INS office
for processing:

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made
to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P.O.BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



E X H I B IT  "9"

**U.S. Department of Justice**
Immigration and Naturalization Service

## Notice of Action

THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-02-341-60189 | I-485 - Application to Register Permanent Resident or Adjust Status |

| Received Date: September 06, 2002 | Priority Date: | Applicant:    A026792202 |
|---|---|---|
| | | OKONKWO, IGNATIUS |

| Notice Date: September 06, 2002 | Page        1 OF 1 | ASC Code:              N/A |
|---|---|---|

| IGNATIUS OKONKWO 803 CENTER ST MANCHESTER CT 06040 | |
|---|---|
| | Notice Type:        Receipt Notice |
| | Amount Received:    $255.00 |

INS regulations require that each applicant between the ages of 14 and 79 be fingerprinted in connection with the application you submitted. Your submission did not include the required fingerprint fee for each applicant. Your application cannot be approved until INS receives a remittance in the amount of $50.00. If you do not remit the fee indicated within 87 days, your application may be denied.

You are afforded 87 days from the date of this notice to provide the requested fee. Failure to comply with this request could result in the denial of your application. Please forward the requested fee and a copy of this letter to the address listed below.

U S IMMIGRATION & NATURALIZATION SERVICE

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

THE UNITED STATES OF AMERICA

| Receipt Number: MSC-02-341-60190 | Case Type: I-765 - Application for Employment Authorization Document |
|---|---|

| Received Date: September 06, 2002 | Priority Date: | Applicant: A026792202 OKONKWO, IGNATIUS |
|---|---|---|
| Notice Date: September 06, 2002 | Page      1 OF 1 | ASC Code:              2 |

IGNATIUS OKONKWO
803 CENTER ST
MANCHESTER, CT 06040

Notice Type:        Receipt Notice

Amount Received:        $120.00

The above application has been received. Please notify us immediately if any of the above information is incorrect.

**BIOMETRICS -**

The next step is to have your fingerprints, photograph, and signature taken at an INS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. (The TDD hearing impaired number is **1-800-767-1833**.)

It is important that you schedule your appointment. If you do not, or if you do not appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283.**

**WHAT TO BRING TO YOUR APPOINTMENT -**

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identifications are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
[Please bring a copy of all receipt notices received from INS in relation to your current application for benefits.]

**CASE STATUS -**

It usually takes 60 to 180 days from when your fingerprints are taken to process this type of case. So it is important that you call to schedule your fingerprint appointment.

We will send you a written notice as soon as we make a decision on your case.

If you have access to the Internet, you can visit INS at www.ins.usdoj.gov. You can get valuable information about forms, filing instructions, and about general immigration services and benefits.

U S IMMIGRATION & NATURALIZATION SERVICE
P O BOX  7219
1907-1909 S. BLUE ISLAND AVENUE
CHICAGO IL 60680 -7219
Customer  Service Telephone:  1-816-251-1824

Form I-797 (Rev. 09/07/93)N

17578