EXHIBIT "10"

| U.S. Department of Justice | | OMB No. 1115-0066 |
|---|---|---|
| Immigration and Naturalization Service | | BIOGRAPHIC INFORMATION |

| (Family name) | (First name) | (Middle name) | [X] MALE [ ] FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| OKONKWO | IGNATIUS | UMEADI | | 6/25/60 | NIGERIAN | A- 26 792 202 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| MUSA MOHAMMED, NWANKEOMA OKONKWO | GUASU, NIGERIA | 470981779 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | OKONKWO | AUGUSTINE | DECEASED | |
| MOTHER (Maiden name) | NWAJAGWU | ABIGAIL | 6/8/40   ENUGU, NIGERIA | ENUGU, NIGERIA |

| HUSBAND OR WIFE (If none, so state) | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | N/A | | | | | |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| N/A | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 803 CENTER STREET | MANCHESTER | CONNECTICUT | U.S. | 12 | 99 | PRESENT TIME | |
| 121 SMITH DRIVE | E. HARTFORD | CONNECTICUT | U.S. | 6 | 91 | 12 | 99 |
| 187 PLAIN DRIVE | E. HARTFORD | CONNECTICUT | U.S. | 10 | 89 | 6 | 91 |
| 513 6th STREET SOUTH | ST. CLOUD | MINNESOTA | U.S. | 3 | 82 | 10 | 89 |
| 3980 CARPENTER AVE. | BRONX | NEW YORK | U.S. | 6 | 81 | 3 | 83 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 62 ROBINSON STREET | UWANI | ENUGU | NIGERIA | 1 | 70 | 6 | 81 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| HOSPITAL FOR SPECIAL CARE | NURSE | 3 | 97 | PRESENT TIME | |
| HEBREW HOME/HOSPITAL | NURSE | 2 | 93 | 3 | 97 |
| RED LOBSTER RESTAURANT | FOOD SERV. | 6 | 84 | 2 | 93 |
| SHARPIO SUPERIOR WAREHOUSE | WAREHOUSE | 6 | 81 | 7 | 83 |
| METAL AND PAPER COMPANY | PACKER | 8 | 81 | 7 | 83 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| [ ] NATURALIZATION  [X] STATUS AS PERMANENT RESIDENT [ ] OTHER (SPECIFY): | *[signature]* | 3/29/2003 |

Submit all four pages of this form.

If your native alphabet is other than roman letters, write your name in your native alphabet here:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| OKONKWO | IGNATIUS | UMEADI | A26 792 202 |

*[signature]* 4/30/03 Notary Public

(1) Ident.

Form G-325A (Rev. 09/11/00) Y



U.S. Department of Justice
Immigration and Naturalization Service

*MISSOURI SERVICE CENTER*
*Post Office Box 648004*
*Lee's Summit, MO 64064*

Date:   February 26, 2003

IGNATIUS OKONKWO
803 CENTER STREET
MANCHESTER, CT 06040

File: MSC# 02-341-60189
A# 26-792-202
Form: I-485

## Request for Additional Evidence

This office is unable to complete the processing of your petition without further information. Please read and comply with the following, then submit the requested evidence to the above address. *Include this letter with your response.* You must submit the information within 87 days. Failure to do so may result in the denial of your application.

☐   Please sign and return the attached copy of your I-485.

☐   Please submit two (2) ADIT style photos. Photos must have a white background. The facial image should be one inch from chin to top of hair in the ¾ frontal view, showing the right side of the face with the right ear visible.

☒   Please submit a completed and signed Form G-325A (Biographic Information).

☐   Please submit a copy of your Birth Certificate issued by an authorized government agency.

☐   Please submit a copy of your Marriage Certificate issued by an authorized government agency.

☐   Other:

Note:   All copies must be clear and legible. Any document written in a language other than English must be submitted with a full English translation. The translator must certify that the translation is complete and accurate and that he or she is competent to translate.

Officer #: MSC-LA081

Updated: 3/08/02

EXHIBIT "11"

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt Number: MSC-02-341-60189 | Case Type: I-485 (Adjust Status) |
| Received Date: September 6, 2002<br>Priority Date: | Applicant: A 26792202<br>OKONKWO, IGNATIUS |
| Notice Date: February 26, 2003<br>Page: 1 (of 1) | ASC Code: 3 |
| IGNATIUS OKONKWO<br>803 CENTER STREET<br>MANCHESTER, CT 06040 | Notice Type: Request for Evidence |

So we can ISSUE your Employment Authorization Document as soon as possible, and process your I-485 application, you are required to have your fingerprints and photo taken and identity established at a local INS Application Support Center. You may schedule your appointment for a date, time and location that is convenient for you.

Please contact the National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your fingerprint appointment. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Information regarding case status is not available at this number. If you have also applied for an employment authorization document (Form I-765), bring both receipt notices with you to your fingerprint appointment. Please bring this letter and photo identification to your appointment. The acceptable forms of photo identification are:

- Passport, Driver's License, National ID, Military ID, and State-issued Photo ID

**If you do not bring this letter and photo identification, you will not be fingerprinted.**

*Please do not request status information from the fingerprint site officials. The site officials do not have any information concerning the status of your application for adjustment of status.*

**Failure to respond to this request within 87 days may result in the denial of your application.**

I was fingerprinted on ___May 14, 2003___ at _Oakdale, Louisiana 71463._

I have an appointment for fingerprints on _____ at _____

U.S. Immigration & Naturalization Service
Missouri Service Center
P.O. Box 648005
Lee's Summit, MO 64064
Customer Service Telephone: 1-800-375-5283

Officer #: MSC-LA081

Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

| Receipt Number: | Case Type: |
|---|---|
| MSC-02-341-60189 | I-485 - Application to Register Permanent Resident or Adjust Status |

| Received Date: September 06, 2002 | Priority Date: | Applicant: A026792202 OKONKWO, IGNATIUS |
|---|---|---|
| Notice Date: October 02, 2002 | Page 1 OF 1 | ASC Code: 3 |

IGNATIUS OKONKWO
803 CENTER ST
MANCHESTER CT 06040

Notice Type:      Receipt Notice

Amount Received:      $50.00

---

The above application has been received. Please notify us immediately if any of the above information is incorrect.

**FINGERPRINTING AND BIOMETRICS -**

The next step is to have your fingerprints, photograph, and signature taken at an INS Application Support Center (ASC). Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. (The TDD hearing impaired number is 1-800-767-1833.)

It is important that you schedule your appointment. If you do not, or if you do not appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

**WHAT TO BRING TO YOUR APPOINTMENT -**

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identifications are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
[Please bring a copy of all receipt notices received from INS in relation to your current application for benefits.]

**CASE STATUS -**

It usually takes 60 to 180 days from when your fingerprints are taken to process this type of case. So it is important that you call to schedule your fingerprint appointment.

We will send you a written notice as soon as we make a decision on your case.

If you have access to the Internet, you can visit INS at www.ins.usdoj.gov. You can get valuable information about forms, filing instructions, and about general immigration services and benefits.

---

U S IMMIGRATION & NATURALIZATION SERVICE
P.O. BOX 7219
1907-1909 S. BLUE ISLAND AVENUE

EXHIBIT "12"

**Department of Homeland Security**

Bureau of Immigration & Custom Enforcement
Bureau of Citizenship & Immigration Services

---

*New Orleans Office of the District Counsel*
*Oakdale Sub-Office, Litigation Unit*
*1010 East Whatley Road*
*Oakdale, LA 71464*

July 2, 2003

Department of Homeland Security
Bureau of Citizenship and Immigration Services
Missouri Service Center
P. O. Box 648005
Lee's Summit, MO 64064

   Re: Ignatius OKONKWO, A 26 792 202
     Adjustment of Status Application - Fingerprints

Dear Sir or Madam:

  At the request of the Immigration Judge and the referenced applicant, I am forwarding to you two sets of fingerprints to be incorporated with the application for adjustment of status pending at your Service Center. Also included are photographs that may be required.

  Please note that the applicant is in removal proceedings at Oakdale, Louisiana and is currently housed at the Federal Detention Center, P. O. Box 5010, Oakdale, LA 71463.

  Photocopies of the fingerprints and photos being sent to you are being forwarded to the Immigration Judge and the applicant under cover of a copy of this letter.

           Sincerely,

           Jerry A. Beatmann
           Assistant District Counsel

Cc: The Honorable Charles A. Wiegand, III
   Ignatius Okonkwo
Enclosures

EXHIBIT "13"

# THE UNITED STATES OF AMERICA

## Fingerprint Notification

| CASE TYPE | SOCIAL SECURITY NUMBER | INS A# | NOTICE DATE |
|---|---|---|---|
| I687 | | A026792202 | 07/24/2003 |

| APPLICATION NUMBER | SERVICE CENTER | PAGE |
|---|---|---|
| | TSC | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

IGNATIUS OKONKWO
803 CENTER ST
MANCHESTER, CT 06040

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| BCIS HARTFORD, CT<br>249 PEARL ST<br>HARTFORD, CT 06103<br>HARTFORD, CT 06103 | 09/02/2003<br>3:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you may not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

BCIS HARTFORD, CT
249 PEARL ST
HARTFORD, CT 06103
HARTFORD, CT 06103

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER

### WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 09/07/93) N

EXHIBIT "14"

IGNATIUS OKONKWO
803 CENTER STREET
MANCHESTER, CONNECTICUT 06040


SEPTEMBER 1, 2003


OFFICE OF THE CLERK
U.S. IMMIGRATION AND NATURALIZATION SERVICE
MISSOURI SERVICE CENTER
P.O. BOX 648005
LEE'S SUMMIT, MO. 64064


      RE: <u>IGNATIUS OKONKWO</u>
           <u>A26 792 202</u>


Dear Sir/Ma'am:

     On or about August 19, 2003, I called your honorable office to know the status of my pending application for adjustment of status, and to know whether my fingerprint and photograph, that was processed and mailed on my behalf by the Assistant District Counsel **Mr. Jerry A. Beatmann** for the Bureau of Immigration and Customs Enforcement for speed process of this adjustment of status, as ordered by the Immigration Judge **Charles A. Wiegand** III, on July 1, 2003, it was sent to your honorable office on July 2, 2003.

     Notwithstanding, I was disheartened and daunted, when I was told by the lady I spoke to on the phone by name **Ms. Gail,** that there is no indication showing that my fingerprint and photograph was sent on my behalf to your honorable office. However, enclosed is my own copy of missive and fingerprint from the Service, in case you have not yet received your own copy, for speed process.

                                             Respectfully submitted,

                                             IGNATIUS U. OKONKWO

E X H I B I T   "15"

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64064



U.S. Citizenship
and Immigration
Services

January 13, 2004

Ignatius Okonkwo
803 Center Street
Manchester, CT 06040

File:  MSC#02-341-60189
        A#26-792-202
        Form I-485

Applicant: Same as above

## NOTICE OF INTENT TO DENY

This is to notify you of the Service's intent to deny your Application to Register Permanent Residence or Adjust Status (Form I-485) that you filed on September 6, 2002 under section 1104 of the Legal Immigration Family Equity Act (LIFE Act).

Section 1104 of the LIFE Act provides that adjustment of status may be approved for an applicant only if the applicant can prove that *on or before October 1, 2000, he or she* filed a written claim with the Attorney General for class membership in the Catholic Social Services, Inc. (CSS), League of United Latin American Citizens (LULAC), or Zambrano legalization class action lawsuits.

The Service has determined that the evidence provided with your application fails to establish that you filed a timely written claim for class membership in one of the legalization class action lawsuits listed above. Initial evidence submitted includes a copy of a Form I-485 rejection and a receipt notice, a copy of your marriage certificate, a copy of your Employment Authorization Document (EAD), a copy of Form I-20AB, a copy of Form I-538, a copy of a fingerprint fee receipt from the Texas Service Center, copies of your Nigerian passport pages, a copy of your college diploma, copies of money orders, a copy of your resume, a copy of a medical bill, copies of airline tickets, a copy of postmarked mail, copies of letters from the Belgian World Airlines, a copy of a damaged baggage report, and copies of affidavits attesting to your identity. While these documents do provide evidence of your identity and residency, they do not offer any proof that you filed a written claim for class membership.

You also submitted a copy of a Form I-687 receipt notice dated June 13, 2001 and a copy of a Vermont Service Center letter regarding your Legalization Questionnaire dated March 31, 2001. The questionnaire was evaluated as part of a separate program in order to determine whether you may be able to file for legalization and to have



your application (Form I-687) evaluated as if it had been filed during the original May 1987-May 1988 filing period. Based on your questionnaire the Service advised you that you were eligible to send a Form I-687 to the Texas Service Center for adjudication. But the Legalization Questionnaire from March 2001 cannot serve to establish that you made a timely written claim for class membership in order to qualify for adjustment under the LIFE Act. The LIFE Act defines eligible aliens as those who filed with the Attorney General written claims for class membership before October 1, 2000. It provides for a variety of means for proving that a claim for class membership was made, but a questionnaire filed in March 2001 simply cannot serve to meet the timely filing requirements of the LIFE Act.

In addition, you submitted many forms belonging to a Mohammed Musa, A# 93 028 854. You submitted a copy of his Form I-688, a copy of his Form I-689 legalization receipt, a copy of his Form I-687 signed on June 20, 1990, a copy of an appointment notice dated August 16, 1990, and a copy of his Form for Determination of Class Membership in CSS v. Meese signed on August 23, 1990. While you have listed one of your other names used as Mohammed Musa, you have not provided any proof of a legal name change. Besides the name and A-number differing from your own, these forms also have a different date of birth listed that does not match the date of birth on your Form I-485. These factors raise serious questions about the authenticity of any of these forms submitted for a Mohammed Musa.

Service records also indicate that you have another A-number, A 93 410 158. However, a search of Service indices fails to reveal anything under this A-number that would indicate a claim for class membership has been filed.

You appear to be ineligible to adjust status under this section of law because a review of the evidence you provided, Service records and indices, and your administrative file does not establish that you filed a timely written claim for class membership in the CSS, LULAC, or Zambrano lawsuits. If you applied for and were granted or denied class membership, you should submit *any documentation or evidence received from the Service,* which proves that you applied for class membership prior to October 1, 2000.

Pursuant to Title 8, Code of Federal Regulations, Part 245a.20(a)(2), we are notifying you of our intent to deny this application. You are hereby granted thirty (30) days in which to submit to this office evidence in support of the application. If you fail to respond, a decision will be made based upon the evidence on file.

Please send your response and a copy of this letter to the address listed above.

Sincerely,

Robert M. Cowan
Director

RMC/Officer #: LA-102

2 Attachments

EXHIBIT "16"



EXHIBIT "17"

| | |
|---|---|
| RECEIPT NUMBER<br>MSC-02-341-60189 | CASE TYPE  I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIPT DATE<br>September 9, 2002 | PRIORITY DATE | APPLICANT  A026 792 202<br>OKONKWO, IGNATIUS U. |
| NOTICE DATE<br>February 18, 2004 | PAGE<br>1 of 1 | |
| IGNATIUS U. OKONKWO<br>803 CENTER ST<br>MANCHESTER CT 06040 | Notice Type:  Transfer Notice |

This is to notify you that we have transferred the above application or petition to the INS office at:

We transferred this case because the record indicates that office has jurisdiction over the case. That office will notify you of subsequent action taken on this case. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
BCIS - DHS
P.O. BOX #7216
CHICAGO IL 60680-7216
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/03) N