UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -1 A 10:45
U.S. DISTRICT COURT
HARTFORD, CT.

IGNATIUS UMEADI OKONKWO,
Petitioner,

v.

JOHN ASHCROFT, Attorney
General of the United States,
Respondent.

CIV. NO. 3:02CV1733 (AWT)

June 1, 2004

Extension GRANTED, nunc pro tunc, to and including October 1, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/17/04

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of 120 days, up to and including October 1, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

As grounds for this motion, counsel for respondent submits that the additional time would allow counsel to further monitor the disposition and status of petitioner's ongoing administrative removal proceedings and to report that information to the Court. As the Court is aware, petitioner remains in custody pending removal at the Federal Correctional Institute in Oakdale, LA.

As previously reported to the Court,[1] petitioner's applications for cancellation of removal and adjustment of status under INA sections 240A(a) and (b)(1), waiver of inadmissibility under INA section 212(h), and for voluntary departure were denied by Immigration Judge Charles A. Weigand, III, on April 14, 2004.

---

[1] See Petitioner's status reports to the court of March 31, April 19, and April 22, 2004 (Dkt No.'s 27-29).