02CV1733 mRecon1
→ 02CV1733 mRecon2

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD CONNECTICUT

*********************************************************

IGNATIUS UMEADI OKONKWO
Petitioner,

-Vs-

JOHN ASHCROFT, ET.AL
Respondent.

Civil. No. 3:02CV1733
(A.W.T.)

*********************************************************

MOTION TO RECONSIDER, AND TO OPPOSE THE RESPONDENT
FOURTH ENLARGEMENT OF TIME, OR TO REDUCE THE
ENLARGEMENT OF TIME TO TWENTY DAY'S,
FAILURE TO COMPLY, TO ISSUE
WRIT RELEASING PETITIONER
FROM FIVE YEARS UNLAWFUL
DETENTION.

*********************************************************

Petitioner, Ignatius Okonkwo, pro-se litigant, (hereinafter "petitioner/plaintiff"), respectfully moves this Honorable Court, to grant his motion to reconsider, to reduce the respondents fourth enlargement of time, to twenty (20) calender day's failure to comply, to issue writ releasing petitioner from five (5) years unlawful detention. Respondent has perpetually and deliberating asking for enlargement of time, in four different occasion to mislead this Honorable Court and maliciously prolonging this case, to frustrate petitioner.

Petitioner, initiated this action on August 26, 2002,

DENIED for the reasons set forth in the Respondent's Reply to Motion for Reconsideration. See Doc. No. 35. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 08/11/04

02CV1733 end 32