Ignatius Umeadi Okonkwo
#A26-792-202
Etowah County Detention Center
827 Forrest Avenue
Gadsden, AL. 35901

August 17, 2004.

Honorable Alvin W. Thompson
United States District judge
United States District Court
For the District of Connecticut
450 Main Street
Hartford, CT. 06103.

RE: REQUEST FOR THIRTY DAYS ENLARGEMENT OF TIME TO AND INCLUDING SEPTEMBER 17, 2004 TO FILE A RESPONSE TO GOVERNMENT'S OBJECTION TO MOTION FOR PRELIMINARY INJUNCTION
OKONKWO V. ASHCROFT, NO. 3:02CV1733 (AWT)

Dear Judge Thompson:

This is to notify the Court that I received a copy of the Government's Objection to my Motion for Preliminary Injunction and I will be filing a response to the said objection since it contained both legally and factually inaccurate information.

However, I will need at least thirty days from today, to and including September 17, 2004, to file an opposition to the said Objection for the resons stated below:

1. The Etowah County Detention facility where I am currently detained is a lockdown facility and provides limited access to the law Library. thus, my ability to research the pertinent case laws and prepare or type my response is impaired by the prison policies.

2. The immigration statute is very complex, even for seasoned Attorneys and extra research time is necessary to prepare my briefs.

3. Lastly, the facility sells legal materials, like typing papers, typewriter ribbons and other stationery. Thus, detainees have to wait for when these items are available in the commissary before he can prepare any briefs/motion.

Based on the above circumstances beyond my control, I respectfully move this Court to grant me the extension of time to and including September 17, 2004 to submit my responsive pleadings.

Respectfully Submitted,

Ignatius Okonkwo,

**Extension GRANTED, to and including September 17, 2004. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford 09.03.04

cc: Mr. William Brown, Jr. AUSA, 157 Church St. New Haven, CT. 06510.