**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
IGNATIUS UMEADI OKONKWO,       :
                               :
        Petitioner,            :
                               :
    v.                         :   Civ. No. 3:02CV1733(AWT)
                               :
ATTORNEY GENERAL JOHN          :
ASHCROFT, et al.,              :
                               :
        Respondents.           :
                               :
-------------------------------x
```

**NOTICE TO PRO SE PLAINTIFF**

The petitioner's motion for preliminary injunction (Doc. No. 37) is hereby DENIED for the reasons set forth in the Respondent's Objection to Motion for Preliminary Injunction. See Doc. No. 39.

It is so ordered.

Dated this 7th day of October, 2004, at Hartford, Connecticut.

/s/

Alvin W. Thompson
United States District Judge