UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IGNATIUS UMEADI OKONKWO,      :   CIV. NO. 3:02CV1733 (AWT)
Petitioner,                   :
                              :
v.                            :
                              :
JOHN ASHCROFT, Attorney       :
General of the United States, :
Respondent.                   :   October 1, 2004

RESPONDENT'S ADDITIONAL MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of 60 days, up to and including December 1, 2004, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

On June 7, 2004, this Court granted respondent's previous motion to enlarge time until October 1, 2004, to file the government's response. Respondent requested the additional time to allow sufficient time for petitioner to fully exhaust his administrative remedies. As the Court is aware, petitioner's underlying applications for cancellation of removal and adjustment of status under INA sections 240A(a) and (b)(1), waiver of inadmissibility under INA section 212(h), and for voluntary departure were denied by Immigration Judge Charles A. Weigand, III, on April 14, 2004. Petitioner appealed this decision to the Board of Immigration Appeals (BIA) on April 29, 2004. Petitioner's most recent brief in support of his BIA appeal was filed on August 2, 2004.

[Handwritten margin note: Extension GRANTED, nunc pro tunc, over objection, to and including December 1, 2004. It is so ordered. Alvin W. Thompson, U.S.D.J., Hartford, CT 10/8/04]