```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

IGNATIUS UMEADI OKONKWO,        :    CIV. NO. 3:02CV1733 (AWT)
Petitioner,                     :
                                :
v.                              :
                                :
JOHN ASHCROFT, Attorney         :
General of the United States,   :
Respondent.                     :    December 6, 2004
```

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of 60 days, up to and including February 1, 2005, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

The undersigned has been notified that he will receive military orders to be deployed to Iraq for up to one year effective during January 2005. Accordingly, this case will be reassigned to another Assistant U.S. Attorney in this office in the absence of the undersigned.

In addition, DHS Appellate Counsel recently notified this office that, on October 15, 2004, the Board of Immigration Appeals affirmed the Immigration Judge's decision of April 14, 2004, thereby summarily denying petitioner's underlying appeal without opinion. See Attached. Accordingly, newly assigned government counsel will require the additional time to research the current status of petitioner's removal and to prepare a response for the Court's consideration.

Petitioner's deportation has been stayed by this Court as of September 29, 2003, and therefore, petitioner's removal is not imminent at this time.  Petitioner remains in custody pending removal at Etowah County Detention Center in Gadsen, Alabama.

This is the sixth motion for enlargement of time filed by respondent with regard to petitioner's supplemental petition.  The pro se petitioner's position on this motion is unknown.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                WILLIAM M. BROWN, JR.
                ASSISTANT UNITED STATES ATTORNEY
                157 CHURCH STREET
                NEW HAVEN, CONNECTICUT 06510
                (203) 821-3700
                FEDERAL BAR NO. ct20813
                william.m.brown@usdoj.gov

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Ignatius Umeadi Okonkwo
#16057-265
Etowah County Detention Center
Gadsen, AL 35904

Dated at New Haven, Connecticut this 6th day of December, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY