UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| IGNATIUS UMEADI OKONKWO,<br>Petitioner, | : CIV. NO. 3:02CV1733(AWT)<br>: |
| v. | : U.S. DISTRICT COURT<br>: HARTFORD, CT. |
| JOHN ASHCROFT, Attorney<br>General of the United States,<br>Respondent. | :<br>:<br>: December 6, 2004 |

RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME

Respondent hereby moves for an additional enlargement of time of 60 days, up to and including February 1, 2005, to file a response to petitioner's supplemental petition in this matter filed on November 25, 2003. (Dkt #19).

The undersigned has been notified that he will receive military orders to be deployed to Iraq for up to one year effective during January 2005. Accordingly, this case will be reassigned to another Assistant U.S. Attorney in this office in the absence of the undersigned.

In addition, DHS Appellate Counsel recently notified this office that, on October 15, 2004, the Board of Immigration Appeals affirmed the Immigration Judge's decision of April 14, 2004, thereby summarily denying petitioner's underlying appeal without opinion. See Attached. Accordingly, newly assigned government counsel will require the additional time to research the current status of petitioner's removal and to prepare a response for the Court's consideration.

Extension GRANTED, to and including February 1, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford CT   12/8/04