Ignatius Umeadi Okonkwo
#A26-792-202
827 Forrest Avenue
Gadsden, AL. 35901

**FILED**
2004 DEC 10 A 10:54
U.S. DISTRICT COURT
HARTFORD, CT.

3:02CV1733 (AWT)

December 5, 2004.

Honorable Alvin W. Thompson
United States District Judge
United States District Court
For The District of Connecticut
450 Main Street, Hartford, Ct. 06103

Re: Emergency Notice motion And petitioners Request For Fourty Five Day's Enlargement of Time To And Including January 17, 2005, To File A Response To Government's Response Due on December 1, 2004, Okonkwo V. Ashcroft, No. 302CV1733(AWT)

Dear Judge Thompson:

From reviewing the court's granted order, it appears that the respondent (The government) was granted an enlargement of time, on October 8, 2004, Nunc pro tunc, over objection, to and including December 1, 2004, to file a response