(2)

to petitioner's supplemental petition in this matter file on November 25, 2003 (Dkt #19)

Well, should that be the case, please be advised, that while the respondent may have filed such motion(s) and/or petitions with this honorable court, that I was never served

Therefore, this court in the interest and fairness of justice, and under the principle of law and equity in Okonkwo's circumstain should consider this well established proposition and order the respondent (The government), to serve petitioner the same response or petition and grant petitioner fourty five day's enlargement of time to and including January 17, 2005, to file a response to such government's response for the reasons stated below:-

① The Etowah County Detention Facility where I am currently detained is a lockdown facility and provides limited access to the law library. Thus, my ability to

to petitioner's supplemental petition in this matter File on November 25, 2003 (Dkt #19)

Well, should that be the case, please be advised, that while the respondent may have filed such motion(s) and/or petitions with this honorable court, that I was never served.

Therefore, this court in the interest and fairness of Justice, and under the principle of law and equity in Okonkwo's circumstain should consider this well established proposition and order the respondent (The government), to serve petitioner the same response or petition and grant petitioner fourty five day's enlargement of time to and including January 17, 2005, to file a response to such government's response for the reasons stated below:

① The Etowah County Detention Facility where I am currently detained is a lockdown facility and provides limited access to the law Library. Thus, my ability to research the pertinent case laws and prepare or type my response is impaired by the prison policies.

② The Immigration Statute is very complex, even for seasoned attorneys and extra research time is necessary to prepare my briefs.

③ Lastly, the facility sells legal materials, like typing papers, typewriter ribbons, and other stationery; Thus detainees have to wait for when these items are available in the Commissary before he can prepare any briefs/motions.

Based on the above circumstances beyond my control, I respectfully move this Court to grant me, the extention of time to and including January 17, 2005, to submit my responsive pleadings.

Respectfully Submitted

*[signature]*
Ignatius . U. Okonkwo

Cc: Mr William M. Brown, JR
    Assistant United States Attorney
    157 Church Street
    New Haven, Connecticut 06510.