```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
```
---

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 13 P 3: 44
U.S. DISTRICT COURT
HARTFORD, CT.

IGNATIUS UMEADI OKONKWO,

    Petitioner,

v.       Civ. No. 3:02CV1733(AWT)

UNITED STATES OF AMERICA,

    Respondent.

### ENDORSEMENT ORDER

Petitioner's motion for a forty-five day enlargement of time to file a reply to the government's response (Doc. No. 54) is hereby GRANTED. The court notes that Assistant U.S. Attorney William Brown requested and was granted an extension of time to respond to the petitioner's supplemental petition for writ of habeas corpus to and including February 1, 2005 because he has received military orders to be deployed to Iraq, and another Assistant U.S. Attorney must be assigned to this matter. The petitioner shall file his reply no later than forty-five days from the date the government files its response.

It is so ordered.

Dated this 13th day of December, 2004, at Hartford, Connecticut.

Alvin W. Thompson
United States District Judge