UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IGNATIUS UMEADI OKONKWO, Petitioner, | : | CIV. NO. 3:02CV1733(AWT) |
| v. | : | |
| JOHN ASHCROFT, ET AL., Respondent. | : | NOVEMBER 27, 2002 |

FILED
2002 DEC -2 A 10:06
US DISTRICT COURT
HARTFORD CT

## RESPONDENTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Respondents John Ashcroft, James W. Ziglar, John Weiss, Caryl Thompson[1], and the Immigration and Naturalization Service ("INS"), (collectively "the Respondents"), respectfully submit the instant motion to dismiss the petition for writ of habeas corpus for lack of personal jurisdiction. In the alternative, Respondents submit that the petition should be transferred to the Western District of Louisiana where the petitioner is currently housed. For the reasons set forth below, the motion should be granted.

## BACKGROUND

Petitioner is a native and citizen of Nigeria who arrived in the United States at New York, New York, on November 22, 1995, and was paroled into this country. (Notice to Appear dated June 2, 2000; Pet's Exh. 5). Petitioner admits that on March 14, 1995, he was convicted in the Superior Court at Milford,

---

[1] District Director Thompson retired in September, 2002, from his position as District Director in New Orleans, Louisiana. The acting District Director is Michael J. Conway.

DENIED, without prejudice, in view of the fact that the respondent filed a motion to dismiss the petition quite a while ago but has not yet been able to complete the briefing. The court will schedule a telephonic status conference to discuss the most efficient way to proceed in this matter. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/23/05