RECEIVED
FEB 10 2005
U.S. DISTRICT COURT
HARTFORD, CONN.

Ignatius U. Okonkwo
A26-792-202
Etowah County Detention Center
827 Forrest Avenue
Gadsden, AL. 35901

February 7, 2005

Senior Honorable Judge Alvin W. Thompson
United States District Court
450 Main Street
Hartford, Connecticut

RE: <u>Okonkwo v. Ashcroft</u>, No. 3:02 CV-1733 (A.W.T.)

Dear Judge Thompson,

From reviewing the Court endorsement order, dated December 13, 2004, granting Petitioner's motion for a forty-five days enlargement of time, to file a reply to the Government's response (Doc. No. 54), if any. It appears also that this Honorable Court granted the Government an extension of time to respond to the Petitioner's supplemental petition for Writ of Habeas Corpus to and including February 1, 2005.

Well should that be the case, please be advised that while the Government may have filed such motion(s) and/or petitions with this Honorable Court, I was never served. Therefore, not only am I in darkness as to what led to the enclosed court's order, I am till this day, yet to be served.

Thus, while I pray not to be held accountable should the situation impacts negatively, I respectfully urge this Court to enter an order requiring the Service of the at-issue document(s) to me by the Government such that I may respond should the need be.

In addition, this Honorable Court should also note that this is the Six Enlargement of time, the Government has requested to file a response, to this particular supplemental Petition in this matter filed on November 25, 2003. (Dkt #19), and perpetually prolonging this case as delay tactic to frustrate Petitioner.

Thanks in advance, in anticipation for your maximum cooperation and God Bless.

Respectfully Submitted

Ignatius U. Okonkwo

The Clerk shall docket this document as a "Notice to the Court." It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/12/05