```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

IGNATIUS UMEADI OKONKWO       :

        Petitioner,           :    CIV. NO. 3:02cv1733(AWT)

        v.                    :

JOHN ASHCROFT, ATTORNEY       :
GENERAL OF THE UNITED         :
STATES,                       :

        Respondent.           :    MARCH 2, 2005
```

### NOTICE OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Douglas P. Morabito as counsel for the respondents in the above-captioned case.

```
                          Respectfully submitted,

                          KEVIN J. O'CONNOR
                          UNITED STATES ATTORNEY


                   By:    _____
                          DOUGLAS P. MORABITO
                          ASSISTANT UNITED STATES ATTORNEY
                          Federal Bar No. ct20962
                          157 Church Street, 24th Floor
                          New Haven, CT 06510
```

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was sent via first class overnight mail, March 2, 2005, to:

Ignatius Umeadi Okonkwo
Inmate #16057-265
Etowah County Detention Center
Gadsen, AL 35904

                          By: _____
                              DOUGLAS P. MORABITO
                              ASSISTANT UNITED STATES ATTORNEY