Ignatius U. Okonkwo
A26-792-202
Etowah County Detention Center
827 Forrest Avenue
Gadsden, Alabama 35901

FILED

2005 MAR -3 A 10: 58

U.S. DISTRICT COURT
HARTFORD, CT.

Friday, February 25, 2005.

Senior Honorable Judge Alvin W. Thompson
United States District Court
450 Main Street
Hartford, Connecticut 06103

RE: OKONKWO V. ASHCROFT, CASE NO. 3:02-CV-1733 (A.W.T.)

Dear Judge Thompson,

On thursday, February 24, 2005, around 2:00PM central time. I called this Honorable Court to know the status of my petition. I was told by the Court Clerk that the Government had filed "Motion to Dismiss my Petition."

Well, should that be the case, please be advised that while the Government filed such a motion (s) and/or petitions with this Honorable Court, that I was never served. Therefore, not only am I in darkness as to what led to the enclosed Court's Order, I am till this day yet to be served.

I, therefore respectfully urge this Honorable Court to enter an order requiring the Service of the at-issue document(s) to me by the Government such that I may respond should the need be.

Thanks in advance, in anticipation for your maximum cooperation and God Bless.

Respectfully Submitted

*[signature]*
Ignatius U. Okonkwo

cc: William M. Brown, Jr.
    Assistant United States Attorney
    For the District of Connecticut
    157 Church Street
    New Haven, CT 06510