UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IGNATIUS UMEADI OKONKWO :
      Petitioner, :
       : CIV. NO. 3:02-CV-1733 (AWT)
v. :
       :
JOHN ASHCROFT, ATTORNEY :
GENERAL OF THE UNITED :
STATES, :
       :
      Respondent. : March 1, 2005

### PETITIONER OBJECTION TO GOVERNMENT'S SEVENTH MOTION FOR ENLARGEMENT OF TIME

Petitioner has exhausted all the administrative remedies available to him on appeals, on the constitutionality of the issues he presented to this Honorable Court.

As this Honorable Court is aware that the government has requested <u>Six Enlargement of Time</u>, begining December 11, 2003, to file a response to petitioner's exhaustion of his administrative remedies, on the supplemental petition in this matter filed in this court on November 25, 2003. (DKT #19). The government requesting for <u>Seventh Enlargement of Time,</u> to response to the court's Order to Show Cause, is <u>Abuse of Discretion,</u> an attempt to resurrect it's Claim that this court lacks personal Jurisdiction over this case, trying to deviate from petitioner's exhaustion of his administrative remedies, to re-start this matter from the beginning.

      The government requesting additional time to research the current status of petitioner's removal and to prepare a response for

pg.1.

this Court's consideration, is a delay tactics, to maliciously, deliberately and perpetually prolonging this matter, to frustrate petitioner's efforts.

WHEREFORE, Petitioner prays for the interest and fairness of justice, for this Honorable Court, should deny the government's seventh motion for enlargement of time, as petitioner has been on unlawful detention for over <u>Six Years Period.</u>

Respectfully Submitted,

*[signature]*
Ignatius U. Okonkwo
A26-792-202
Etowah County Detention Center
827 Forrest Avenue
Gadsden, Alabama 35901


CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent to opposing Counsel, via U.S. Postal Service, Postage Prepaid, Properly affixed and addressed to:

    Douglas P. Morabito
    Assistant United States Attorney
    157 Church Street, 24th Floor
    New Haven, CT 06510.

By *[signature]*
Ignatius U. Okonkwo