Ignatius U. Okonkwo

~~FILED~~

A26-792-202

2005 APR -4 A 9: 15

Etowah County Detention Center

DISTRICT COURT
HARTFORD CT

827 Forrest Avenue

Gadsden, Al. 35901


3 - 23 - 2005


Honorable Senior Judge Alvin W. Thompson.
United States District Court
For The District of Connecticut
450 main street
Hartford, ct. 06108


RE:    OKonkwo v. Ashcroft, No 3:02CV 1733 (A.W.T)


Dear Judge Thompson.
        petitioner okonkwo, will like to bring
this to your knowledge, my mails are being
tampered with here in Etowah's County Det-
ention Center, by the agents of the respondent.
        On February 28, 2005, petitioner sent
to this honorable Court, the Summary and Comp-
rehensive status report, by priority mail, but
up to date this honorable Court, have not
receive it. petitioner also, has called this
honorable Court, in different occasion, and
spoke to the Court clerks by name of Ann,

Mary, and Babra, to know whether this honorable Court, have received the Summary and Comprehenswe status report, he sent on february 28, 2005, but they told me no.

petitioner also complained about this issues, to sergeant Blythe, here in Etowah's County Detention Center, who is the unit manager for the INS, detaineers, that the priority mail, I sent to the Court, they said, it was not received. His respond to me, was that he can not help me out.

Honorable senior Judge Alum W. Thompson, please bear with me, this is not the first time, it has happened, the INS agents here in Etowah's County Detention Center, alway made away with detainee's mail's, when they know or found out that the detainee has a meritious claim in the federal Court. They will with hold their mail's, so they will not file their response on time, and the court will deny their petition. without hearing the merit of their case, and they will be deported. Example is Andrade Alberto, the fifth cir-cuit sent him, some official documents and he was lock down in segregation, and the government made away with his mail. when fifth circuit court, found out about it, the governmment's was sanctioned, for tampering

with court's documents and united state's mail.

On march 23, 2005, petitioner again Called this honorable court, to know the status of his Case, and also to know whether the court, have recewed the comprehensive status report, he sent to this honorable Court, since february 28, 2005, by priority mail. petitioner spoke to the Court clerk by the name of Babra, around 11:30 am Central time, who told him, that there is no indication that court have recewed it. she also alert petitioner that the government has filed there respond to the Court's order to show cause, on march 16, 2005.

Well, should that be the case, please be advised that while the government may have filed such motion(s) and / or petition(s) with this honorable court, I was never served. Therefore, not only am I in darkness as to what led to the enclosed court's order, I am till this day, yet to be served.

Thus, while I pray not to be held acc-ountable should the situation impacts negatively, I respectively urge this court to enter an order requiring the service of the at-issue document(s) to me by the government such that I may respond should the need be. petitioner will also request for twenty (20)