Ignatius Umeadi Okonkwo
#A26-792-202
Etowah County Detention Center
827 Forrest Avenue
Gadsden, AL. 35901

April 20, 2005.




The Clerk's Office
United States District Court
District of Connecticut
450 Main Street
Hartford, Ct. 06103

REQUEST TO THE CORT TO CONSTRUE PLEADING AS A "MOTION FOR RECONSIDERATION": FOR STAY OF THE COURT'S JUDGEMENT UNDER FED. RULES OF CIVIL PROCEDURE, RULE 62, PENDING RECONSIDERTION AND/OR APPEAL AND FOR CERTIICATION UNDER 28 U.S.C. 1292(&) FOR IMMEDIATE APPELLATE REVIEWW OF TRANSFER ORDER OKONKWO V. ASHCROFT CIV. NO. 3:02CV1733 (AWT)

Dear Honorable Judge Thompson:

In a telephonic status confrence held on Friday, April 15, 2005, your honor expresses an intention to transfer the instant Petition to the Western District of Louisisana, based on the Government's "Response to the Order to Show Cause" which I have not yet have the opportunity to respond to.

Because the response to the government's Motion to Dismiss was almost completed when the cort had the status conference, I respectfully urge yourhonor to construe the attached pleading as a 'Motion for Reconsideration' under the local rule of this Court or to 'Alter and Amend' under Federal Rules of Civil Procedure, Rule 59(e).

While the Motion for Reconsideration is being considered, I also move your Honor to 'Stay the execution of the Judgement' on this case pursuant to Federal Rules of Civil Procedure, Rule 62(&), and pending any appeals from the denial of motion for Reconsideration.

Finally, the court should grant grant a 'Certification under 28 USC 1292(&) for immediate appellate review. The certification is necessary because, a transfer order is an interlocutory order which is not immediately appealable, absent the Court's grant of certification. See *Michael v. INS*, 48 F.3d. 657, 661 (2nd. Cir. 1995)[holding that a transfer order is not appealable, absent a stay and certification].

Because the court's decision will have severe 'due process' implication' for residents of Connecticut transferred to

**DENIED. It is so ordered.**

-1-

Alvin W. Thompson, U.S.D.J.
Hartford, CT   4/25/05

to the Fifth and Eleventh Circuit, where the laws are substantially different. your honor should find a 'substantial showing of denial of constitutional rights' necessary for certification of the jurisdictional question to the Second Circuit's court of Appeals.

Thank you for taking this matter into consideration.

Respectfully Submitted,

Ignatius Umeadi Okonkwo

cc: Douglas P. Morabito, Assistant U.S. Attorney, Southern District of Connecticut